# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MELINDA K. MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>TRIWEST HEALTHCARE ALLIANCE CORP., A Delaware corporation,<br><br>        Defendant. | Case No. CV 12-00268-PHX-JAT<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the First Amended Joint Motion to Approve Settlement and Stipulation to Dismiss with Prejudice by the Parties (Docs. 20 and 21), and good cause appearing:

**IT IS ORDERED** that the motion to seal and the joint motion to dismiss (Docs. 17 and 18) are denied as moot.  The Clerk of the Court shall strike the document lodged at Doc. 19, but it shall remain under seal.

**IT IS FURTHER ORDERED** that the settlement agreement (Doc. 20-1 (Exhibit A)) is approved.

**IT IS FURTHER ORDERED** that the above-captioned matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees (consistent with the settlement agreement).

Dated this 4th day of December, 2012.

_____
James A. Teilborg
United States District Judge